## SEERS v. BLAKESLY.

The service may be good upon an attachment, although neither person or estate is holden thereby.

ACTION by attachment. Plea in abatement — That the goods attached are not described in the officer's return with sufficient certainty — Demurrer.

Judgment, plea insufficient — Whether the goods will be eventually holden by the attachment or not, is now immaterial, the service is sufficient to hold the defendant to answer, as it has been read to the defendant; the service is good as a summons.

## ALLIN v. COOK.

If a writ of error is not brought within three years from the day, judgment was entered up, it is barred by the statute.

WRIT OF ERROR. Plea in bar — That more than three years had elapsed from rendering the judgment complained of, and the date and impetration of the plaintiff's writ; this was denied; and the clerk of the County Court certified the day on which the judgment was entered up which appeared to be more than three years — upon which the plaintiff was barred.